**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8009

ADRIAN LEMONT MCFADDEN,

Plaintiff - Appellant,

v.

LINDA G. DAVIS, Chief of Police; C. Y. SINGLETARY, Police
Officer; DAVID WOODWARD, Enforcement Agent; E. NORRIS
TOLSON, Secretary of Revenue,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. James A. Beaty, Jr.,
Chief District Judge. (1:06-cv-00483-JAB-WWD)

Submitted: September 28, 2009      Decided: October 14, 2009

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Adrian Lemont McFadden, Appellant Pro Se.  James R. Morgan, Jr.,
Robert T. Numbers, II, WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC,
Winston-Salem, North Carolina; Michael D. Youth, Assistant
Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Lemont McFadden appeals the district court's orders accepting the recommendations of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McFadden v. Davis, No. 1:06-cv-00483-JAB-WWD (M.D.N.C. Sept. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED